# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 97-50978

JOSE A. RAMIREZ,

Plaintiff-Appellee,

versus

HOUSING AUTHORITY OF THE
CITY OF EL PASO,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Texas

(EP-97-CV-400-F)

September 4, 1998

Before POLITZ, Chief Judge, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

The Housing Authority of the City of El Paso appeals a preliminary injunction issued herein by the district court. Having considered the briefs and oral arguments of counsel, and pertinent parts of the record, we now vacate and remand to the district court for reconsideration, including consideration of the intervening decision in **Maria Luisa Ramirez v. The Housing Authority of the City of El Paso**, No. 97-50657 (5th Cir., August 31, 1998).

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.